# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES A. JAY, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 1:17-cv-00369-C |
| AUBURN UNIVERSITY, | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the separate Order entered on this date in the above-styled case finding that Defendant's motion for summary judgment (Doc. 113) should be granted, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** be, and the same hereby is, entered in favor of Defendant Auburn University and against Plaintiff Charles A. Jay. Based on this decision, this action is **DISMISSED WITH PREJUDICE** and costs are taxed against the Plaintiff.

**DONE** and **ORDERED** this the 20th day of May 2019.

   s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**